# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY EDWARD HOLZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-24-436-R |
| DAN KATTERHENRY, | ) |
| Respondent. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court ADOPTS the Report and Recommendation [Doc. No. 6], in its entirety.

For the reasons stated therein, Plaintiff's Motion to Proceed *in forma pauperis* [Doc. No. 2] is DENIED. If Plaintiff's filing fee is not received by the Clerk of the Court on or before August 1, 2024, this action will be dismissed without prejudice without further notice.

IT IS SO ORDERED THIS 11th day of July, 2024.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE